UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : |
| ROBERT ADAMS, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - x

**SEALED INDICTMENT**

20 Cr.

20 CRIM 494

COUNT ONE
(Bribery)

The Grand Jury charges:

1.    During times relevant to this Indictment, ROBERT ADAMS, the defendant, was a correctional officer employed by the United States Bureau of Prisons ("BOP") at the Metropolitan Correctional Center ("MCC"), a Federal prison located in New York, New York.  ADAMS was assigned at relevant times to work in the visit area of the MCC, where visitors such as spouses, family, and friends can meet with inmates.  As a correctional officer assigned to the MCC's visit area, ADAMS was responsible for managing visitors, reviewing the objects they bring in, and monitoring their activities while inside the MCC.  As part of those responsibilities, ADAMS was authorized to search visitors and their belongings, deny a visitor from entering the MCC, and detain a visitor for bringing in contraband.  Under Federal Regulations and the BOP's Program Statements, ADAMS was required to conduct searches, deny entry, detain visitors, and make reports when, among

other things, he believed a visitor was smuggling contraband into the MCC.

     2.   ROBERT ADAMS, the defendant, used his official position as a correctional officer to blackmail and corruptly demand that a visitor who smuggled contraband into the MCC ("Visitor-1") engage in sexual acts with him, or else be arrested and denied future entry to the MCC.  Specifically, on or about July 5, 2019, while working as a correctional officer in the MCC's visit area, ADAMS escorted an inmate away from a visit with Visitor-1, who was still in the visit area.  After discovering that the inmate was carrying contraband, ADAMS confronted Visitor-1 and told her that he had caught the inmate with the contraband she had provided to him, and that she would be in trouble unless she met him at a nearby pizzeria.

     3.   Shortly thereafter, ADAMS met Visitor-1 at the pizzeria where he told her to get in his car so that they could travel to a motel.  ADAMS told Visitor-1, in sum and substance, that having sex with him at the motel was preferable than getting in trouble, and he reminded her on the way to the motel that she would be prosecuted and denied entry to the MCC if he reported her.  After arriving at the motel, ADAMS and Visitor-1 had sex. Visitor-1 did not want to have sex with ADAMS, but agreed to it because she did not want to be reported to law enforcement or to have her visiting privileges at the MCC revoked.

4.    After the July 5, 2019, incident, Visitor-1 was permitted to continue to visit the MCC, and during some of those visits, she brought contraband to the MCC.  Not only did ROBERT ADAMS, the defendant, not report Visitor-1 on July 5, 2019 for smuggling contraband, in dereliction of his duties under Federal Regulation and the BOP's Program Statements, but he was present on multiple occasions when she returned to the MCC with contraband. Indeed, in July and August 2019, ADAMS repeatedly sent text messages to Visitor-1 about when he was working at the MCC, when she would be visiting the MCC, and when they could meet up to have sex.  On one occasion, on or about July 26, 2019, ADAMS escorted Visitor-1 from the MCC's visit room and slapped her buttocks.  He later sent her text messages regarding engaging in sexual acts.

### Statutory Allegations

5.    From at least on or about July 5, 2019, up to and including at least in or about August 2019, in the Southern District of New York and elsewhere, ROBERT ADAMS, the defendant, being a public official, directly and indirectly, corruptly demanded, sought, received, accepted, and agreed to receive and accept a thing of value, personally, in return for being influenced in the performance of an official act and being induced to do and omit to do an act in violation of his official duty, to wit, ADAMS, a correctional officer at the MCC, solicited and accepted sexual acts from Visitor-1, a non-inmate visitor at the MCC, in exchange

3

for not arresting her, reporting her to law enforcement, or denying her future entry into the MCC.

(Title 18, United States Code, Section 201(b)(2).)

### COUNT TWO
#### (Blackmail)

The Grand Jury further charges:

6.   The Grand Jury incorporates the allegations contained in paragraphs 1 through 4 of this Indictment as though fully set forth herein.

7.   From at least on or about July 5, 2019, up to and including at least in or about August 2019, in the Southern District of New York and elsewhere, ROBERT ADAMS, the defendant, knowingly did demand and receive a thing of value under threat of informing, and as a consideration for not informing, against a violation of a law of the United States, to wit, ADAMS demanded and received sexual acts from Visitor-1 under threat of informing, and as consideration for not informing, law enforcement of her for having brought contraband into a federal jail.

(Title 18, United States Code, Section 873.)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT ADAMS,

Defendant.

INDICTMENT

20 Cr.

Title 18, United States Code,
Sections 201(b)(2), 873.

AUDREY STRAUSS
Acting United States Attorney

A TRUE BILL

*Foreperson.*

09/17/20
CA

SEAL INDICTMENT FILED
W/ ARREST WARRANTS

KH PARKER
USMJ