UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROBERT ADAMS,

                    Defendant.

**ORDER**

20 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

An initial conference in this matter will take place on **October 14, 2020 at 10:00 a.m.** by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using code.  No later than **October 9, 2020**, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       September 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge