

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

October 14, 2020

**By ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Robert Adams*, 20 Cr. 494 (PGG)

Dear Judge Gardephe:

    In an effort to expedite the production of discovery in this case, and to safeguard certain sensitive and/or confidential materials, the parties have agreed upon a proposed Protective Order to govern discovery in this matter. A copy of the proposed Protective Order is enclosed for Your Honor's consideration.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

        by: /s/
        Rushmi Bhaskaran
        Nicolas Roos
        Assistant United States Attorneys
        Southern District of New York
        (212) 637-2439 / 2421

cc:    Samuel Gregory, Esq. (by ECF)