```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                           20 cr 494 (PGG)

ROBERT ADAMS,

              Defendant.
                                         Conference
------------------------------x

                                         New York, N.Y.
                                         October 14, 2020
                                         10:05 a.m.
Before:

                HON. PAUL G. GARDEPHE,

                                         District Judge


                     APPEARANCES

AUDREY STRAUSS
     Acting United States Attorney for the
     Southern District of New York
BY:  RUSHMI BHASKARAN
     Assistant United States Attorney

SAMUEL GREGORY
     Attorney for Defendant
```

1                  (Case called)
2                  THE DEPUTY CLERK:  Counsel for the government, please
3      state your appearance.
4                  MS. BHASKARAN:  Good morning, your Honor.  Rushmi
5      Bhaskaran for the United States.
6                  THE DEPUTY CLERK:  Counsel for defendant, please state
7      your appearance.
8                  MR. GREGORY:   Samuel Gregory for Mr. Adams.
9                  Good morning, Your Honor.
10                 THE DEPUTY CLERK:  Good morning.  Mr. Robert Adams,
11     are you on the line?  Mr. Adams, do you have yourself muted?
12     Please unmute.
13                 Mr. Robert Adams, are you on the line?  Please unmute
14     yourself.
15                 Judge, I see him on the call.
16                 THE DEFENDANT:  Yes.  This is Robert Adams.
17                 THE DEPUTY CLERK:  There you go, your Honor.
18                 THE COURT:  All right.  Thank you.
19                 This is our initial conference in the case that
20     charges the defendant with bribery and blackmail in connection
21     with his job as a corrections officer at the Metropolitan
22     Correctional Center.
23                 Ms. Bhaskaran, could you tell us where you are in
24     terms of making discovery to the defense.
25                 MS. BHASKARAN:  Certainly, your Honor.  This is Rushmi

1  Bhaskaran speaking.
2            Discovery in this case is not particularly voluminous.
3  It consists mainly of subpoena returns, records from the
4  Bureau of Prisons, and a relatively modest amount of data that
5  was identified from phones that we received and searched
6  pursuant to search warrants.
7            The parties have agreed in principle to a protective
8  order, which the government will submit to this Court for its
9  review following this conference.  With that protective order
10 in place, the government expects to make a substantial portion
11 of the discovery available to the defendant within the next
12 week and complete discovery within 30 days.
13           THE COURT:  All right.  Mr. Gregory, having heard
14 that, when do you suggest we have our next conference?
15           MR. GREGORY:  Your Honor, I think 30 days after the
16 completion of discovery would be fine.  So 60 days from now
17 would be I think appropriate.
18           THE COURT:  All right.  Mike, could you give us a date
19 60 days out.
20           THE DEPUTY CLERK:  Yes, your Honor.  So Friday,
21 December 11, 10:00 a.m. is available.
22           THE COURT:  Is that convenient for everyone?
23 December 11, 10:00 a.m.?
24           MR. GREGORY:  Your Honor, Sam Gregory.  If I could
25 just check.  I thought I had something on that day, and I'm

1  just going to check.  If I do, I didn't write it in my book.
2  I'll put this in.
3              THE COURT:  Ms. Bhaskaran, is that okay with you?
4              MS. BHASKARAN:  Yes, your Honor.
5              THE COURT:  Does the government wish me to exclude
6  time between now and December 11?
7              MS. BHASKARAN:  Yes, your Honor, to permit the
8  defendant to review the discovery material in this case and
9  determine whether the defense will bring any pretrial motions.
10             THE COURT:  Any objection, Mr. Gregory?
11             MR. GREGORY:   None, your Honor.
12             THE COURT:  I will exclude time between today and
13 December 11, 2020, under Speedy Trial Act pursuant to Title 18,
14 U.S. Code, Section 3161(h)(7)(A) to permit defense counsel to
15 review the discovery and materials to be produced by the
16 government and to determine whether there will be any pretrial
17 motions.
18             I do find that the ends of justice served by the
19 granting of this continuance outweigh the best interests of the
20 public and the defendant in a speedy trial.
21             Is there anything else that anyone wants to raise on
22 todays call?
23             MS. BHASKARAN:  Not from the government, your Honor.
24             MR. GREGORY:  Not for Mr. Adams, your Honor.  Thank
25 you.