UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROBERT ADAMS,

Defendant.

**ORDER**

20 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference in this matter will take place on **February 12, 2021 at 10:00 a.m.** by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using code. No later than February 5, 2021, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
December 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge