*Law Office of*
**SAMUEL GREGORRY**
*225 Broadway, Suite 1203*
*New York, New York, 10007*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
*www.samgregory.com*

---

*Admitted in NY and NJ*

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

               **Re**: United States v. Adams
                    Docket # 20 Cr 494

> Memo Endorsed: This application is granted. The conference currently scheduled for February 12, 2021 will now take place on February 9, 2021 at 9:00 a.m.
>
> SO ORDERED.
>
> *[signature: Paul G. Gardephe]*
>
> Paul G. Gardephe
> United States District Judge
>
> Dated: February 2, 2021

Dear Judge Gardephe,

    Please be advised that I am writing to inform you that Lloyd Epstein is no longer able to act as co-counsel on the above captioned matter. Mr. Epstein has a medical issue which will require his continued attention. I ask the Court to permit Zachary Taylor replace Mr Epstein as my co-counsel on this case. Mr. Taylor is more than capable on taking on this case and is a member of the CJA panels in both the Southern and the Eastern Districts.

    This case is next scheduled for a conference on February 12, 2021. If the Court can find time in its schedule I ask that this case be scheduled before February 10, 2021 or after February 22, 2021. The Government consents to rescheduling this conference.

I thank the Court for any and all consideration in this request.

                                                                     Respectfully submitted,

                                                          By:    //Samuel Gregory//

Law Office of Samuel Gregory
225 Broadway, Suite 1203
New York, New York
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Robert Adams*

Cc: The Hon. Paul G. Gardephe (by ECF)
Clerk of Court (PGG) (by ECF)
Rushmi Bhaskaran for the Government (by ECF)