UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROBERT ADAMS,

Defendant.

**ORDER**

20 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A telephone conference in this matter will take place on **June 10, 2021 at 9:30 a.m.**.[1] The primary purpose of the teleconference will be to discuss the trial date.

Dated: New York, New York
June 3, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using code. No later than **June 8, 2021**, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.