UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROBERT ADAMS,

              Defendant.

**ORDER**

20 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, the trial date is adjourned to **October 25, 2021, at 9:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. This trial date is tentative and depends on this District's COVID-19 protocols. Motions in limine, requested voir dire, and requests to charge are due on September 27, 2021. Responsive papers, if any, are due on October 4, 2021.

Dated:  New York, New York
         June 10, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge