# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

June 29, 2021

*By ECF and Fax*

The Honorable Paul G. Gardephe
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *U.S. v. Robert Adams*, 20 CR 494-PGG – Motion to Modify Bail Conditions

Dear Judge Gardephe:

I represent Robert Adams. I am writing to request a modification of Mr. Adams' bail conditions to permit him to travel into the District of New Jersey and the District of Connecticut, solely for purposes of employment. Under the terms of Mr. Adams' bond, his travel is currently restricted to SDNY and EDNY. The reason for this request is to improve Mr. Adams' ability to support himself financially while he is awaiting trial.

Both the government and Pretrial Services consent to this request.

Thank you for your attention.

Respectfully,

Zachary S. Taylor

cc:     Rushmi Bhaskaran, Esq. (*by ECF*)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: July 2, 2021