UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROBERT ADAMS,

　　　　　　　　　Defendant.

**ORDER**

20 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

　　　　　Upon the application of the United States of America, by and through Assistant United States Attorney Rushmi Bhaskaran, and with the consent of Defendant Adams, by and through his respective counsel, it is further ordered that the time from October 8, 2021 through October 27, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the parties time to continue preparations for trial.[1]

Dated: New York, New York
　　　　October 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] The Court will schedule a final pretrial conference – during which Defendant Robert Adams will be arraigned on the S-1 Superseding Indictment – in a separate order.