UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ROBERT ADAMS,

Defendant.

**ORDER**

20 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a final pre-trial conference in this matter and arraign

Defendant Robert Adams on the S-1 Superseding Indictment on **October 22, 2021 at 10:00 a.m.**

in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          October 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge