UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT ADAMS,

Defendant.

**ORDER**

20 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The final pre-trial conference scheduled for October 22, 2021 is adjourned to **October 25, 2021 at 2:00 p.m.** in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        October 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge