AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN ———— DISTRICT OF ———— NEW YORK

UNITED STATES OF AMERICA

V.

Robert Adams

## JUDGMENT OF ACQUITTAL

CASE NUMBER:  (S1) 20cr494(PGG)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Paul S Gardephe_
Signature of Judge

Hon. Paul G. Gardephe              U.S.D.J
Name of Judge                 Title of Judge

Nov. 9, 2021
Date