LB5sADAF

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          20 Cr. 494 (PGG)

ROBERT ADAMS,

                Defendant.              Jury Trial
------------------------------x
                                        New York, N.Y.
                                        November 5, 2021
                                        10:15 a.m.

Before:

                    HON. PAUL G. GARDEPHE,

                                        District Judge


                         APPEARANCES

A. DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  JARROD L. SCHAEFFER, ESQ.
     RUSHMI BHASKARAN, ESQ.
     NICOLAS T. ROOS, ESQ.
     Assistant United States Attorneys

SAMUEL GREGORY, ESQ.
     Attorney for Defendant

TAYLOR & COHEN LLP
     Attorneys for Defendant
BY:  ZACHARY S. TAYLOR, ESQ.

ALSO PRESENT: NICHOLAS TALIERCIO, ESQ.
```

LB5sADAF

1                (Trial resumed; jury not present)
2                THE COURT:  The jury has reached a verdict.
3                (Jury present)
4                Madam foreperson, has the jury reached a verdict?
5                THE FOREPERSON:  Yes, your Honor.  We have reached a
6     verdict.
7                THE COURT:  What say you as to Count One, bribery;
8     guilty or not guilty?
9                THE FOREPERSON:  We find the defendant on Count One,
10    bribery, not guilty.
11               THE COURT:  What say you on Count Two, blackmail;
12    guilty or not guilty?
13               THE FOREPERSON:  We find the defendant not guilty.
14               THE COURT:  What say you on Count Three, misprision of
15    a felony; guilty or not guilty?
16               THE FOREPERSON:  We find the defendant not guilty.
17               THE COURT:  Ladies and gentlemen, I thank you for your
18    jury service.  You are discharged with the thanks of court.
19               Before you leave, I'll ask my deputy to poll the jury.
20               THE DEPUTY CLERK:  Juror No. 1, Noemi Marte, is that
21    your verdict?
22               JUROR NO. 1:  Yes.
23               THE DEPUTY CLERK:  Juror No. 2, Kristen Dumoulin, is
24    that your verdict?
25               JUROR NO. 2:  Yes.

LB5sADAF

1     THE DEPUTY CLERK:  Juror No. 3, Peter Pavlovic, is
2 that your verdict?
3     JUROR NO. 3:  Yes.
4     THE DEPUTY CLERK:  Juror No. 4, Joseph Parkhill, is
5 that your verdict?
6     JUROR NO. 4:  Yes.
7     THE DEPUTY CLERK:  Juror No. 5, Doneshia Gordon, is
8 that your verdict?
9     JUROR NO. 5:  Yes.
10     THE DEPUTY CLERK:  Juror No. 6, Amy Owens, is that
11 your verdict?
12     JUROR NO. 6:  Yes.
13     THE DEPUTY CLERK:  Juror No. 7, Amanda Grasso, is that
14 your verdict?
15     JUROR NO. 7:  Yes.
16     THE DEPUTY CLERK:  Juror No. 8, Cynthia Cox, is that
17 your verdict?
18     JUROR NO. 8:  Yes.
19     THE DEPUTY CLERK:  Juror No. 9, Sedeek Daroosee, is
20 that your verdict?
21     JUROR NO. 9:  Yes.
22     THE DEPUTY CLERK:  Juror No. 10, Armand Herndon, is
23 that your verdict?
24     JUROR NO. 10:  Yes.
25     THE DEPUTY CLERK:  Juror No. 11, Neil Sinclair, is

LB5sADAF

1  that your verdict?
2              JUROR NO. 11:  Yes.
3              THE DEPUTY CLERK:  Juror No. 12, Melissa Polanco, is
4  that your verdict?
5              JUROR NO. 12:  Yes.
6              THE DEPUTY CLERK:  Jurors polled.  Verdict unanimous.
7              THE COURT:  Ladies and gentlemen, thanks again.  You
8  are free to go.
9              (Jury discharged)
10             Mr. Adams, sir, you are free to go.
11             THE DEFENDANT:  Thank you, your Honor.
12             May I say something?
13             THE COURT:  Sure.
14             THE DEFENDANT:  Your Honor, first I would like to
15 thank you for your admonishment, your shrewdness, and
16 bestowment of profundities upon this court.
17             Secondly, I would like to thank the prosecutorial team
18 for upholding what they understand to be the law and
19 Constitution.
20             Last but not least, I thank my defense team for
21 believing in me.
22             Thank you.
23             THE COURT:  All right.  We're adjourned.
24             (Adjourned)
25